UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S2-4:05 CR 00306 JCH |
| ) | |
| SHARON M. AUSTIN, ) | |
| Defendant. ) | |

**ORDER**

The United States of America, through James Delworth, Assistant United States Attorney and defendant Austin, through attorney Travis Noble has informed the court of a number of conflict issues arising in this case due to Mr. Noble's present and past representation of anticipated witnesses for the Government. Upon extensive discussion with counsel it was determined that the conflict issues are complex and may necessitate appointment of counsel to represent the witnesses and court hearings. Accordingly, the parties have agreed and moved the Court for a severance of defendant Austin from the trial in this matter set to begin on July 26, 2006. Upon careful consideration of the issues involved the Court concurs that a severance is appropriate in order to fully resolve the conflict issues. Additionally, defendant Austin has filed a waiver of speedy trial and upon full consideration of the interests of justice and need to resolve these pending issues, a continuance of her trial is appropriate.

IT IS HEREBY ORDERED that defendant Sherry Austin be severed

from the trial set to begin on July 26, 2006 and that her trial will be reset at a later time upon resolution of the conflict issues in this case.

SO ORDERED this 26TH day of July, 2006.


                                       /s/ Jean C. Hamilton
                                       JEAN C. HAMILTON
                                       UNITED STATES DISTRICT COURT